**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00251-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    EMMANUEL KWAME FORSON,

    Defendant.

---

## FINAL ORDER OF FORFEITURE

---

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Doc. # 69) for certain property seized from Defendant Emmanuel Kwame Forson, and the Court having read said Motion and being fully advised in the premises, finds:

THAT the United States commenced this action pursuant to 18 U.S.C. § 982(a)(2), 18 U.S.C. § 1029(c)(1)(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure;

THAT a Preliminary Order of Forfeiture was entered on August 5, 2011 (Doc. # 66);

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n); and

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 982(a)(2), 18 U.S.C. § 1029(c)(1)(c), and Fed. R. Crim. P. 32.2(b).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 982(a)(2), 18 U.S.C. § 1029(c)(1)(c), and Rule 32.2(b). Fed. R. Crim. P., free from the claims of any other party:

a. Miscellaneous Jewelry valued at approximately $79,000.00;

b. Approximately 49 Apple Computers;

c. Three Toshiba Laptop Computers;

d. One Sony Vaio laptop Computer;

e. One HP Pavilion Notebook Computer;

f. Ten HP Laserjet Print Cartridges;

g. $351.18 in United States currency;

h. Two Nokia cell phones;

i. 3 SD Media cards; and

j. ZeroHaliburton briefcase;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

SO ORDERED this  31st  day of January, 2012.

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge