**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00251-CMA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

EMMANUEL KWAME FORSON

     Defendant.

---

## ORDER VACATING FINAL HEARING REGARDING
## REVOCATION OF SUPERVISED RELEASE

---

This matter is before the Court *sua sponte*. Upon review of Defendant's

Sentencing Brief (Doc. # 88), the Court noted that Defendant's counsel requested

a copy of the pre-sentence report prepared in Case No. 12-cr-00011-MSK-01. Such

request was made within Defendant's Sentencing Brief and Defendant failed to comply

with D.C.COLO.LCrR 12.1.B, which provides that "[e]ach motion shall request specific

relief and **include a title that identifies the relief requested**." (Emphasis added.)

As such, the Court was not properly alerted that action on its part was needed, and the

matter was not brought to the Court's attention in a timely manner. Because defense

counsel indicates that he cannot adequately provide the briefing originally requested

by the Court in this matter without such documentation, the Court finds as follows:

     1.     Defendant's request for release of the pre-sentence report prepared in

Case No. 12-cr-00011-MSK-01 must be requested of Chief Judge Marcia S. Krieger.

2.    IT IS ORDERED that the Final Hearing re Revocation of Supervised Release set for January 8, 2013, at 2:30 PM, before this Court is hereby VACATED and must be reset.  Counsel for both parties shall call Chambers (303-335-2174) via conference call no later than **January 11, 2013** in order to reset this Hearing.

DATED:  January __07__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge